**CT Corporation**


DEFENDANT'S EXHIBIT C

**TO:** Thomas Naughton
PROGRESSIVE CASUALTY INSURANCE COMPANY
6055 Parkland Blvd
Mayfield Heights, OH 44124-4186

**RE:** **Process Served in Indiana**

**FOR:** Progressive Southeastern Insurance Company  (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Geoffrey Daniel Gloyne, Pltf. vs. Progressive Southeastern Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Return, Requests, Interrogators |
| **COURT/AGENCY:** | County of Buncombe - General Court of Justice, NC<br>Case # 20CV00349 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Indianapolis, IN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/18/2020 postmarked on 02/13/2020 |
| **JURISDICTION SERVED :** | Indiana |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days |
| **ATTORNEY(S) / SENDER(S):** | Mark R. Melrose<br>Melrose Law, PLLC<br>Post Office Box 567<br>Waynesville, NC 28786<br>828-452-3141 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/19/2020, Expected Purge Date: 02/24/2020 |
| | Image SOP |
| | Email Notification,  Thomas Naughton  Thomas_F_Naughton@progressive.com |
| | Email Notification,  Regina Smith  Regina_Smith@Progressive.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>155 Federal St Ste 700<br>Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

Page 1 of  1 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.